

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
(Green Bay Division)

Everette L. Walker, Plaintiff,

v. Case No. 25-CV-1493

Hobart Police Department;
OFFICERS:
R. RADLOFF, in his individual and official capacity;
J.KOLA, in his individual and official capacity;
Z.CAMBBRAY, in his individual and official capacity;
G.PETERSON, in his individual and official capacity;
N. CROCKER, in her individual and official capacity;
M. RENKAS, in his individual and official capacity;
Defendants.-------------------------------

# COMPLAINT

The most recent infractions within this document began well before but continued on 06/02/2025 at approximately 10:48 I Everette Walker placed a call to 911 and relayed to the dispatch that I was in need of officers to my residence at 3955 Valley Stream Cir. Hobart Wi 54155 and that I had been assaulted and was in need of intervention and had the entirety of the incident on video and was complying with the instructions of the dispatch personnel throughout the duration and anticipation of the officers to arrive on the scene.

I was then notified by the dispatch that officers had arrived on scene however we're not within my visibility. As I continue to question the dispatch as to where the officers were located I observed one Hobart police vehicle arriving adjacent to my residence. I inquired as to where the other Units that the dispatch had relayed were in the vicinity and why there was no officer within my presence. I was then instructed by dispatch that it was okay for me to conclude the call at which point I noticed two separate vehicles arrived and parked behind the adjacent original car. I stated to the dispatch that I was uncomfortable getting off of the phone as the formation the officers approached me in was that of a tactical offensive nature. I was then approached by an officer in an offensive manner to which I started to record my person in the presence of the officer. I notified the officer upon his approach that I was the victim that called for assistance. At that time I was illegally detained by an officer J.KOLA badge number 504 And illegally searched and seized Possessions on my person. After multiple questions as to my detention as well as questions as to why my children were still being detained, after notifying the police that my daughter was being concealed within the household and ignored on my request for her Apprehension or removal from the house As well as the Persons involved. I provided the video evidence to the officer After some time as you can visually see within the body cam that I was nervous within their demeanor I was subsequently questioned by three officers before ever establishing contact with the offender I was prevented from actively parenting my children after

notifying them multiple times that there were tools in the back of my truck that could cause my children harm I was ultimately detained and told that I had to stay within a 10 foot radius of where I met the officer midway down the driveway when trying to provide the video to sustain my innocence

I was unable to in a timely manner acquire the necessary means of internet connection connection to provide the video via email upon request, due to the wifi connection and the radius that I was limited to nevertheless even after providing the video that depicts the fact that I was assaulted. I was questioned about my son's BB gun That was located within my vehicle I had explained to the officers that we not only participated in airsoft but that I play professional paintball as well. After an ongoing discussion between the primary officer and the offender in which owned the property I was unlawfully arrested and placed in the back of the squad car. I was not read my Miranda rights. Ultimately illegally detained unlawfully searched and unlawfully arrested I endured a seizure after officer Zach Cambbray tried to suppress the ability for me to speak to my son through the window rolled it up, as it was a very hot day and became very claustrophobic and went into a seizing spell at which point I was notified that I was going to be placed in a EMS ambulance though quite a bit hazy due to the ongoing cognitive state that I was in after suffering the cognitive impairment I came to with my 22k gold teeth dented. I was notified that I was being taken to the hospital in which I officer **Zack Cambray** Notified me that I was Being charged with "disorderly conduct domestic violence" And possession of A word that I was unfamiliar with in regards to a **Fasmile Firearm** At which point I stated multiple times I did not have any firearms, every thing within my possession was considered an air based projectile within the property. Departing from my residence on the way to the hospital I observed the white vehicle approach and overheard the officers stating that they were "dropping it". Still not read my **Miranda Rights** I was confused as to why there was still a police officer present on my way to the hospital in which officers at Cambbray assured me that he was there to assist within to ensure that I made it to the hospital safely I was subsequently strapped to a Gurney and suffered a number of other imperative episodes.

Upon my arrival at Aurora hospital Obvious coherent and compliant with the nursing staff and was inquiring as to why I was still handcuffed to the gurney. I overheard officers Cambray and officer Pearson suggesting that "nobody was going to know the difference or even look" at the necessary paperwork in order to admit me into the Brown County jail. After receiving or taking blood work and receiving an IV I was then notified that I was still being taken to the Brown County jail. As you can imagine with the ongoing impaired state yet I was undoubtedly confused as to why I was still being arrested, nor was I still to have been read my Miranda rights when released from the hospital officers Cambray and Pearson continue to act in a suspicious manner Even after I was compliant And accepting to the fact that I was being unlawfully arrested. I continued to display the demeanor in which I have developed over many years of interactions with police officers as well as within my faith within my religion As a Christian. On arrival at Brown County Jail I observed the officers acting suspiciously and inquired as to whether or not the camera within the police cruiser was activated. Through my knowledge of incidents that have occurred within the Sally Port at the Brown County Jail became very Nervous. At which point I was notified by officer Pearson that if I were to endure a seizure or episode that I have been going through dramatically that afternoon or to yell that he "would have Them come out and take care of me." I did my best to not undergo another imperative state as well as remain

compliant. When I was admitted into booking in the Brown County Jail. I questioned officers **G. Peterson** and his desire to admit me within the facility with clear knowledge of the conversation I had overheard as I awoke at Aurora . That the paperwork necessary in order to admit me was unavailable At which point I told both officers Then I hope that God blesses them and that they do better as well as the fact that I was aware that the paperwork was incorrect ultimately being subject to false imprisonment Officer Peaterson stated he was confident and wanted to proceed and nervously retrieved the paper and pretended to observe it when asked if it was official and complete in which I was admitted After the unlawful arrest Into the Brown County Jail in which I was falsely imprisoned Upon a collective action imposed by these officers, **J.Kola, Z. Cambbray, G. Peterson, and R. Radloff**

Within my questionnaire in the booking process I notified every official and or correctional officer that I knew within the confines of the Brown County Jail that the paperwork they submitted was incomplete as well as incorrect that I was Illegally detained illegally searched and seized unlawfully arrested, And was now falsely imprisoned and requested that Officer and Captain Heidi J. Michaels to be notified. Shortly after I observed the officer that had previously arrested me on behalf of the Hobart Police Department arrive at the Sally Port Bay and discuss the infractions that I was claiming with a booking administrator on behalf of the Brown County Jail To which I am unaware of this gentleman's name in a white button up casual shirt however officer Radcliffe Reported to the Sally Port Bay of the Brown County Jail and stared at me through the booking windows After reportedly telling all three officers that the Sergeant had a personal issue with me due to an unauthorized attempt at coercing my 12yr old daughter. As well as an attempt to have me charged with disorderly conduct domestic violence after the neighbor called me in on 05/15/2025 for yelling "son of a bitch" after having my hand accidentally smashed in a window at my residence, who up until that point I thought was the captain of the Hobart Police Department. At the point I was entered on 06/02/2025 I went all the way through the booking process into the fingerprinting room in which correctional officer Fruisa finally looked into my accusations and acknowledged that I had been illegally admitted into the Brown County Jail and was ultimately falsely imprisoned.

I was booked in on behalf of a trainee and when given my account balance notice that the $41 that officer Cambray had notified me and placed in my wallet on his body cam was not accredited to my account When I inquired as to where my $41 had went correctional officer J Ojala Went through my booking process and found my currency on a table in the booking area with a piece of paper or sticky note attached to it it was then accredited to my account and I was given a new pin at which point I acknowledged and requested that officer J Ojala contact the district attorney and to notify him that I was being falsely imprisoned after a number of other infractions and that I had carbon copied the requested video sustaining my innocence That had been emailed to officer J Kola#504 To the district attorney's email address as well I also notified correctional officer Verhaden that provides the criminal complaints within the Brown County Jail the entirety of transgressions that had taken place against me as the entire jail staff is familiar with not only myself but the fatherhood in which I take great pride when correctional officer Fruisa  Look into my accusations she returned to the booking desk and a very upset state and inquired who had allowed me to be booked in to the jail without the sufficient paperwork. I was

then changed out and put into my jail uniform at which point notified The Corporal Correctional Officers Voit and Kennedy Of the entirety of these transgressions as well Even with the knowledge they had to place me in a holding cell within the India pod portion of the jail I believe cell 112 With a gentleman by the name of Juan Soto As my cell mate.

At approximately 8:03 PM I pressed the emergency contact button in the cell and notified correctional officer Xiong. That he needed to establish contact with officer and Captain of the jail Captain Heidi J Michaels And notify her that I was being falsely imprisoned Once again. The following day I requested the Correctional officer Kroll Notify the Captain as well as his trainee for the day who was a very nice gentleman that's name started with a C And was of Latino descent as he understood the language in which I spoke these transgressions to him Being that of Spanish Dialect. I inquired throughout the day as I was told that I would have court later that afternoon. I was let out for recreation and advised to contact The public defender's office and notified them of the entirety of the transgressions that had been taken against me and requested That former representation By the name of Carry Laplante through a polite lady named Heidi, That she investigate On behalf of me and my children the absurd Misconduct of the Hobart Police Department and the heinous charges that were implied. At approximately 3:38 PM I was notified by correctional officer Kroll that I had a professional visit Yet was inquisitive As to who it could be due to the fact that I am no longer on any type of probation or parole. At that point I was brought into the confidential room and met with a young lady on behalf of Child Protective Services by the name of Roselynn Griesbach as well as a representative from the Oneida Nations tribe, By the name of Julie King And was notified that my children had been taken into custody under a TPC order at which point they requested that I sign medical documentation allowing the foster home to provide Provide any medical care that my children might need and was informed that I had a court hearing at 1:30 PM the following afternoon. However I signed the documentation as requested with the acknowledgement that I was "(under duress)" In signing As well as notified Miss Griesbach that I was aware was a complete violation of my parental rights as well as a federal violation of my child's ICWA rights and assured them that I would be released that afternoon due to the inability to sustain What I was subsequently charged with in the fact that I had been Discriminated against, the Misconduct and Negligence of the police department, illegally detained, Illegally searched and seized, unlawfully arrested, and was currently falsely imprisoned. Miss Greasebach acknowledged that she was aware that it was a violation of my parental rights as well as a violation of my child's ICWA rights However showed no discretion in my knowledge of The laws that apply to them or the fact that I was within my rights. I was notified roughly an hour later and was subsequently released without being charged

I. JURISDICTION AND VENUE
1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983,
The First, Fourth, Seventh and Fourteenth Amendments.
2. Jurisdiction is conferred by 28 U.S.C. §§ 1331 and 1343.
3. Venue is proper in this District pursuant to 28 U.S.C. § 1391.

## II. PARTIES

I Everette Walker am petitioning this claim as the Plaintiff
The Defendants were responsible for the transgression that harmed me and my children were officers R.Radloff, J. Kola, Z. Cambbray, and G. Peterson.
Officers N. Crocker and M. Renkas were only responsible for the investigation and denial of the matter.

## III. FACTUAL ALLEGATIONS

I Everette Walker was subject to a multitude of violations of my Constitutional, Civil, Parental, and Human rights at the hands of a number of Officers and or Officials employed by Hobart Police Department. There is No Justification or legal precedence in the actions taken against me on behalf of this Entity and even within their immunities the actions are undoubtedly are considered **HERASSMENT, DISCRIMINATION** in a **BREACH OF DUTY** within the amount of **NEGLIGENCE** , evidently considered unjust in the amount of **MISCONDUCT, ILLEGAL SEARCH AND SEIZURE, ILLEGAL DETAINMENT** in an **UNLAWFUL ARREST** and **FALSE IMPRISONMENT, in A COLLECTIVE ACTION** asserted by four Officials on behalf of the Hobart Police force, with the knowledge that my children would be subject to reentering the foster care system and subject to an immense amount of **EMOTIONAL DISTRESS, Pain and Suffering Loss of Wages Loss of Career.** A violation of my Constitutional, Civil, Parental, and Human rights is ultimately unlawful, inhumane and unjust. I was never read my Miranda rights.

## IV. CLAIMS FOR RELIEF

Count I – Discrimination and violation of Due Process (14th Amendment, §1983)
Count II – Unlawful Arrest/False Imprisonment (4th Amendment,§1983)
Count III – Tort (7th Amendment §1983)
Count IV – Defamation of Character (1st Amendment, §1983)
Count V – Negligence and Emotional Distress. (§1983)

## V. DAMAGES

Plaintiff seeks $20 million in compensatory and punitive damages.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests judgment in the amount of $20,000,000, declaratory relief, injunctive
relief, costs, and any further relief as deemed just and proper.

Respectfully submitted,
Everette Lee Walker
Plaintiff, Pro Se
3955 Valley Stream Cir
Oneida Wi 54155
920-228-6566
bigdadbos@icloud.com

*Everette L Walker*
09/29/2025