## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**EVERETTE L. WALKER,**
         **Plaintiff,**

         **v.**                                    **Case No. 25-CV-1493**

**HOBART POLICE DEPARTMENT, et al.,**
         **Defendants.**

---

## ORDER

---

Everette Walker filed this action seeking damages from the Hobart Police Department and several of its officers. (ECF No. 1) His original complaint failed to state a claim upon which relief may be granted. (ECF No. 4.)

On October 17, 2025, the court ordered Walker to file an amended complaint within 30 days if he intended to proceed with this suit. (ECF No. 4.) Walker has not filed an amended complaint or indicated in any other way that he wishes to proceed. Accordingly,

**IT IS THEREFORE ORDERED** that Everette Walker's complaint and this action are dismissed without prejudice. The Clerk is directed to enter judgment accordingly.

Dated at Green Bay, Wisconsin this 2nd day of December, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge